MORRIS AKS, Appellant, *v.* BUFFALO SAVINGS BANK, Respondent.

Argued January 10, 1949; decided March 3, 1949.

*Samuel Gellman* for appellant.
*John H. Little* for respondent.

Order affirmed, with costs. Questions certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.